IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT GERALD REEVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 2:22-cv-00037 ) Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) ) |
| Defendant. | ) |

## ORDER

On August 2, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15) is GRANTED. The Acting Commissioner's decision is VACATED, and this matter is REMANDED to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge